IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.:

OFF LEASE ONLY, INC.
A Florida Corporation,

      Plaintiff,

v.

LAKELAND MOTORS, LLC
A Florida Limited Liability Company,
d/b/a LAKELAND CHRYSLER DODGE,
JEEP, RAM

      Defendant.
_____/

## COMPLAINT

The Plaintiff, OFF LEASE ONLY INC. (hereinafter referred to as "OFF LEASE ONLY"), by and through its undersigned attorneys, hereby brings suit against the Defendant, LAKELAND MOTORS, LLC, d/b/a LAKELAND CHRYSLER DODGE, JEEP RAM (hereinafter referred to as "LAKELAND DODGE"), and in support states as follows:

### Nature of the Action

1.    The Defendant, LAKELAND DODGE, has intentionally mimicked OFF LEASE ONLY's famous and distinct copyright "NEED A USED CAR" and trademark "DON'T PAY MORE" in a series of advertising billboards along the Interstate 4 Highway, thereby diluting the Trademarks and damaging OFF LEASE ONLY.

2.    OFF LEASE ONLY is seeking injunctive relief for federal copyright infringement, federal trademark infringement, federal trademark dilution and violations of

the Florida trademark infringement and anti-dilution statute committed by LAKELAND DODGE.

## Jurisdictional Allegations

3. The Plaintiff, OFF LEASE ONLY, is a Florida corporation, with its principal place of business in Palm Beach County, Florida.

4. OFF LEASE ONLY is engaged in the promotion and sale of formerly leased and used vehicles and conducts business throughout the state Florida, including ORANGE County, Florida.

5. The Defendant, LAKELAND DODGE, is a Florida limited liability company, authorized to do business in the State of Florida, and whose principal place of business is in Polk County, Florida.

6. Venue is proper in Orange County, Florida because the offending billboards are located in and around Orange County along the Interstate 4 Highway.

## Prefatory Allegations

7. OFF LEASE ONLY is the largest independent Used Car Dealership by volume in the United States. Its primary paradigm is purchasing formerly leased vehicles at auction and reselling them to the public at its dealerships in Orlando, West Palm Beach, North Lauderdale, Miami, and online at www.Offleaseonly.com.

8. OFF LEASE ONLY has a far-reaching footprint in the used car sales market, primarily due to the extensive marketing efforts via online postings, radio spots, and billboard advertisements.

OFF LEASE ONLY, INC.
827 SOUTH STATE ROAD 7, NORTH LAUDERDALE, FL 33068
TELEPHONE: (561) 222-2277

9. OFF LEASE ONLY spends a substantial amount of money on marketing each year to brand its business and to create foot traffic into its dealerships and on its website.

10. OFF LEASE ONLY has held the registered federal copyright for "NEED A USED CAR" since November 12, 2015 and continues to hold said copyright. A Certificate of Registration is attached hereto and marked as Exhibit "A."

11. OFF LEASE ONLY has owned the "DON'T PAY MORE" Federal Trademark since June 2, 2009, which has since become an incontestable Federal trademark. The Federal Trademark also includes the distinct color combination of red, white and black. A copy of the Federal Trademark is attached hereto and marked as Exhibit "B."

12. OFF LEASE ONLY also holds the "DON'T PAY MORE" Florida Trademark originally filed in 2008, and then again in 2014. Copies of the Florida Trademarks are attached hereto and collectively marked as Exhibit "C."

13. LAKELAND DODGE is engaged in the sale and service of new and used vehicles with a single dealership located at 2875 Mall Hill Drive, Lakeland, FL 33810 and is less than 45 minutes away from OFF LEASE ONLY's Orlando location, and only 15 minutes from OFF LEASE ONLY's future location currently in zoning and permitting in Dover, Florida.

14. Both OFF LEASE ONLY and LAKELAND DODGE are involved in the sale of the same class of goods under Florida Statute § 495.11(1)(a) as the both sell vehicles.

15. In June of 2018, OFF LEASE ONLY learned of a number of billboard advertisements by LAKELAND DODGE, which infringed upon OFF LEASE ONLY's

intellectual property rights. A copy of a LAKELAND DODGE's billboard is attached hereto and marked as Exhibit "D."

16. On June 28, 2018, OFF LEASE ONLY sent a cease and desist letter to LAKELAND DODGE. A copy of the letter is attached hereto and marked as Exhibit "E."

17. However, LAKELAND DODGE has failed and refused to remove the infringing billboards.

18. OFF LEASE ONLY has spent millions of dollars in media advertising to promote and protect its brand in Florida and Worldwide, and assertively protects its famous marks.

19. The damage caused by LAKELAND DODGE is irreparable and will continue until a Court restrains LAKELAND DODGE from utilizing OFF LEASE ONLY's trademarks.

20. OFF LEASE ONLY has been forced to file this action and has an obligation to pay its attorney's fees and costs.

## COUNT I – INJUNCTIVE RELIEF

21. OFF LEASE ONLY avers and alleges Paragraphs 1 through 20 as though fully set forth herein.

22. This is an action for a temporary and permanent injunctive relief against LAKELAND DODGE from using any similar likeness to OFF LEASE ONLY's copyright and trademarks.

23. OFF LEASE ONLY has held the rights to the copyright "NEED A USED CAR" and the trademark "DON'T PAY MORE" for years.

OFF LEASE ONLY, INC.
827 SOUTH STATE ROAD 7, NORTH LAUDERDALE, FL 33068
TELEPHONE: (561) 222-2277

24.     LAKELAND DODGE has commenced the use of identical and/or confusingly similar marks in the same trade area, namely the sale of automobiles.

25.     It is clear that LAKELAND DODGE's use of the "NEED A USED CAR?" in conjunction with "Don't Pay More" on its billboards, just as OFF LEASE ONLY does, is confusing to consumers who are seeking OFF LEASE ONLY.

26.     There is no action of law that would provide adequate relief if LAKELAND DODGE is permitted to continue to use the copyrighted "NEED A USED CAR?" and mark "Don't Pay More", which are respectively identical and confusingly similar to those exclusive to OFF LEASE ONLY.

WHEREFORE, the Plaintiff, OFF LEASE ONLY, INC. asks that this Honorable Court enter an order granting a Temporary and Permanent Injunction against the Defendant, LAKELAND MOTORS, LLC, and that LAKELAND MOTORS, LLC be permanently enjoined and restrained from using the copyrighted "NEED A USED CAR?" and registered trademark "DON'T PAY MORE" and any other similar iterations thereof, and that OFF LEASE ONLY, INC. be awarded its costs, and such further relief as this court may deem just and proper.

### COUNT II – FEDERAL COPYRIGHT INFRINGEMENT
### PURSUANT TO 17 U.S.C. §§ 106, et seq.

27.     OFF LEASE ONLY avers and alleges Paragraphs 1 through 20 as though fully set forth herein.

28.     OFF LEASE ONLY complied in all respects with the United States Copyright Act of 1976 and all other laws governing copyright, by applying for copyright registration, making the required deposit, and receiving from the Register

5

of Copyrights a Certificate of Registration, No., VA 1-995-477 dated November 12, 2015, a copy of which is attached to the complaint as Exhibit "C" and incorporated by this reference.

29. Since November 12, 2015, OFF LEASE ONLY has been and still is the sole owner of all rights, title and interest in and to the copyright in the title work "Need a Used Car."

30. LAKELAND DODGE has produced, reproduced, and/or prepared derivative works based upon, distributed, and publicly displayed OFF LEASE ONLY's protected work or derivatives of OFF LEASE ONLY's protected work without its consent.

31. Defendants' acts violate OFF LEASE ONLY's exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 501, including OFF LEASE ONLY's exclusive rights to produce, reproduce, and distribute copies of its work, to create derivative works, and to publicly display its work.

32. LAKELAND DODGE's infringement has been undertaken knowingly, and with the intent to financially gain from OFF LEASE ONLY's protected copyrighted work.

WHEREFORE, the Plaintiff, OFF LEASE ONLY, INC. respectfully requests that this Honorable Court grant: (i) a preliminary injunction against infringement of copyright; (ii) permanent injunction against infringement of copyright; (iii) damages for infringement of copyright; (iv) an accounting for all gains and profits derived by defendant through infringement of copyright or statutory damages in lieu thereof; (v) costs of the action and reasonable attorney fees; and (viii) further relief as court may deem just and proper.

## COUNT III – FEDERAL TRADEMARK INFRINGEMENT 15 U.S.C. §1114(1))

33.  OFF LEASE ONLY avers and alleges Paragraphs 1 through 20 as though fully set forth herein.

34.  The OFF LEASE ONLY "DON'T PAY MORE" mark is famous and distinctive.

35.  LAKELAND DODGE's unlawful use of OFF LEASE ONLY's trademark is likely to dilute the foregoing mark by creating an association arising from the sameness between the mark used by OFF LEASE ONLY and the mark used by LAKELAND DODGE that impairs the distinctiveness of the famous mark and tarnishes the good reputation associated with the "DON'T PAY MORE" mark.

36.  LAKELAND DODGE seeks to derive a commercial benefit from the value and goodwill associated with the OFF LEASE ONLY "DON'T PAY MORE" mark.

37.  OFF LEASE ONLY requested LAKELAND DODGE cease its use of the infringing mark. Defendants have not complied with that request and they have knowingly continued their use of the infringing mark.

38.  Accordingly, LAKELAND DODGE's ongoing infringement of OFF LEASE ONLY's rights has been intentional, in bad faith and, at a minimum, in reckless disregard for OFF LEASE ONLY's rights under the federal Lanham Act.

39.  LAKELAND DODGE's unlawful use of OFF LEASE ONLY's "DON'T PAY MORE" mark is willful and deliberate and with an intent to misappropriate the benefit of OFF LEASE ONLY's goodwill. The knowing and intentional nature of the acts set forth herein renders this an exceptional case under 15 U.S.C. § 1117(a).

40. As a result of LAKELAND DODGE's infringement, OFF LEASE ONLY has suffered substantial damages, as well as the continuing loss of the goodwill and reputation established by OFF LEASE ONLY in its federally registered mark. This continuing loss of goodwill cannot be properly calculated and thus constitutes irreparable harm and an injury for which OFF LEASE ONLY has no adequate remedy at law. OFF LEASE ONLY will continue to suffer irreparable harm unless this Court enjoins LAKELAND DODGE's conduct.

WHEREFORE, the Plaintiff, OFF LEASE ONLY, INC. asks that this Honorable Court enter an ORDER granting a Temporary and Permanent Injunction against the Defendant, and that LAKELAND MOTORS, LLC be permanently enjoined and restrained from using the registered trademark "DON'T PAY MORE" and any other similar iterations thereof, and that OFF LEASE ONLY, INC. be awarded its costs, and such further relief as this court may deem just and proper.

### COUNT IV – FEDERAL TRADEMARK DILUTION PURSUANT TO 15 U.S.C. § 1125(c)

1. OFF LEASE ONLY avers and alleges Paragraphs 1 through 20 as though fully set forth herein.

2. The OFF LEASE ONLY "DON'T PAY MORE" mark is famous and distinctive and is entitled to protection against dilution by blurring or tarnishment.

3. LAKELAND DODGE commenced use of the "DON'T PAY MORE" mark in commerce after the "DON'T PAY MORE" mark had become famous and distinctive.

4. LAKELAND DODGE's unlawful use of OFF LEASE ONLY's trademark is likely to dilute the foregoing mark by creating an association arising from the sameness

between the mark used by OFF LEASE ONLY and the mark used by LAKELAND DODGE that impairs the distinctiveness of the famous mark and tarnishes the good reputation associated with the "DON'T PAY MORE" mark.

5. LAKELAND DODGE seeks to derive a commercial benefit from the value and goodwill associated with the "DON'T PAY MORE" mark.

6. LAKELAND DODGE's unlawful use of OFF LEASE ONLY's "DON'T PAY MORE" mark is willful and deliberate and with an intent to misappropriate the benefit of OFF LEASE ONLY's goodwill.

7. As a result of LAKELAND DODGE's infringement, OFF LEASE ONLY has suffered substantial damages, as well as the continuing loss of the goodwill and reputation established by OFF LEASE ONLY in its federally registered mark. This continuing loss of goodwill cannot be properly calculated and thus constitutes irreparable harm and an injury for which OFF LEASE ONLY has no adequate remedy at law. OFF LEASE ONLY will continue to suffer irreparable harm unless this Court enjoins LAKELAND DODGE's conduct.

WHEREFORE, the Plaintiff, OFF LEASE ONLY, INC. asks that this Honorable Court enter an ORDER granting a Temporary and Permanent Injunction against the Defendant, LAKELAND MOTORS, LLC, and that it be permanently enjoined and restrained from using the registered trademark "DON'T PAY MORE" and any other similar iterations thereof, and that OFF LEASE ONLY, INC. be awarded its costs, and such further relief as this court may deem just and proper.

OFF LEASE ONLY, INC.
827 SOUTH STATE ROAD 7, NORTH LAUDERDALE, FL 33068
TELEPHONE: (561) 222-2277

## COUNT V – FLORIDA TRADEMARK INFRINGEMENT
## PURSUANT TO FLORIDA STATUTE § 495.141.

OFF LEASE ONLY avers and alleges Paragraphs 1 through 20 as though fully set forth herein.

9. LAKELAND DODGE is in direct violation of Florida Statute § 495.131, as it is without the consent of OFF LEASE ONLY to reproduce, counterfeit, copy, or colorably imitate the "DON'T PAY MORE" mark used in connection with the sale of automobiles.

10. Under Florida Law a defendant is liable to the trademark registrant if the defendant:

> reproduces, counterfeits, copies, or colorably imitates a mark registered under Florida law and applies the reproduction, counterfeit, copy, or colorable imitation to labels, signs, prints, packages, wrappers, receptacles, or advertisements intended to be used upon or in connection with the sale, distribution, or advertising of goods or services on or in connection with which such use is likely to cause confusion, to cause mistake, or to deceive

Florida Statute § 495.141 (2018).

11. OFF LEASE ONLY began using the mark "DON'T PAY MORE" within the state of Florida on or about on September 30, 1999.

12. The "DON'T PAY MORE" mark was first registered by the state of Florida in 2008 and OFF LEASE ONLY continues to hold the Florida Trademark for "DON'T PAY MORE".

13. LAKELAND DODGE is now using the "Don't Pay More" mark in order to sell its own automobiles.

14. OFF LEASE ONLY, provided notice of the infringing material to LAKELAND DODGE via a cease and desist letter.

10

WHEREFORE, the Plaintiff, OFF LEASE ONLY, INC. asks that this Honorable Court enter an ORDER granting a Temporary and Permanent Injunction against the Defendant, LAKELAND MOTORS, LLC, and that it be permanently enjoined and restrained from using the registered trademark "DON'T PAY MORE" and any other similar iterations thereof, require LAKELAND MOTORS, LLC to pay to OFF LEASE ONLY, INC. all profits derived from and/or all damages suffered by reason of such wrongful manufacture, use, display, or sale and to pay the costs of the action; that any such infringing material in the possession or under the control of LAKELAND MOTORS, LLC be delivered to an officer of the court, to OFF LEASE ONLY, or be destroyed, and that OFF LEASE be awarded its costs, reasonable attorney's fees, and such further relief as this court may deem just and proper.

### COUNT VI – FLORIDA ANTI-DILUTION STATUTE PURSUANT TO FLORIDA STATUTE § 495.151

15. OFF LEASE ONLY avers and alleges Paragraphs 1 through 20 as though fully set forth herein.

16. The OFF LEASE ONLY "DON'T PAY MORE" mark is famous and distinctive and is entitled to protection against dilution by blurring or tarnishment.

17. LAKELAND DODGE commenced use of the "DON'T PAY MORE" mark in commerce after the "DON'T PAY MORE" mark had become famous and distinctive.

18. LAKELAND DODGE's unlawful use of OFF LEASE ONLY's trademark is likely to dilute the foregoing mark by creating an association arising from the sameness between the mark used by OFF LEASE ONLY and the mark used by LAKELAND DODGE

that impairs the distinctiveness of the famous mark and tarnishes the good reputation associated with the "DON'T PAY MORE" mark.

19. LAKEAND DODGE seeks to derive a commercial benefit from the value and goodwill associated with the OFF LEASE ONLY "DON'T PAY MORE" mark.

20. LAKELAND DODGE's unlawful use of OFF LEASE ONLY's "DON'T PAY MORE" mark is willful and deliberate and with an intent to misappropriate the benefit of OFF LEASE ONLY's goodwill.

WHEREFORE, the Plaintiff, OFF LEASE ONLY, INC. asks that this Honorable Court enter an ORDER granting a Temporary and Permanent Injunction against the Defendant, LAKELAND MOTORS, LLC, and that it be permanently enjoined and restrained from using the registered trademark "DON'T PAY MORE" and any other similar iterations thereof, and such further relief as this court may deem just and proper.

### DEMAND FOR TRIAL BY JURY

The Plaintiff, OFF LEASE ONLY, INC., hereby demands trial by jury on all issues so triable. This does not include the claim for injunctive relief.

Respectfully submitted,                        Dated: August 17, 2018

**OFF LEASE ONLY, INC.**
827 South State Road 7
North Lauderdale, Florida 33460
Telephone: (561) 222-2277
court@offleaseonly.com


/s/ Ejola Christlieb Cook
EJOLA CHRISTLIEB COOK
Florida Bar No. 10327
CHRISTIAN CLAUDE DORISMOND
Florida Bar No. 125387