# Exhibit "C"

## T0 80000000266

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:




Office Use Only



200117823472

87.50

03/03/08--01045--016   **175.00

T08-266

FILED
08 MAR 3 AN 8 28
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

N. CAUSSEAUX

MAR 0 5 2008

EXAMINER

# COVER LETTER

TO:    Registration Section
          Division of Corporations

SUBJECT: <u>DON'T PAY MORE</u>                             ▣
                                    (Mark to be registered)

The enclosed Trademark/Service Mark Application, specimens and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

<u>Robin Sommers</u>
                 (Name of Person)

<u>The Ticktin Law Group, PA</u>
                 (Firm/Company)

<u>3700 Coconut Creek Parkway, Suite 160</u>
                 (Address)

<u>Coconut Creek, Florida 33066</u>
                 (City/State and Zip Code)

For further information concerning this matter, please call:

<u>Robin Sommers</u>           at ( <u>954</u> ) <u>978-8950</u>
          (Name of Person)             (Area Code & Daytime Telephone Number)

**MAILING ADDRESS:**              **STREET/COURIER ADDRESS:**
Registration Section                   Registration Section
Division of Corporations            Division of Corporations
P.O. Box 6327                       Clifton Building
Tallahassee, FL 32314             2661 Executive Center Circle
                                   Tallahassee, FL 32301

(**NOTE:** The information contained in this cover letter will be included in the permanent record and will be available to the general public.)

# APPLICATION FOR THE REGISTRATION OF A TRADEMARK OR SERVICE MARK
## PURSUANT TO CHAPTER 495, FLORIDA STATUTES

TO:   **Division of Corporations**
**Post Office Box 6327**
**Tallahassee, FL 32314**

## PART I

1. **OWNER/APPLICANT:** Enter the name and address of the individual or the business entity to be listed as the owner of the Trademark and/or Service Mark on the records of the Florida Department of State.

   (a) Owner's/Applicant's name: Off Lease Only, Inc.

   (b) Owner's/Applicant's business address: 3531 Lake Worth Road

   Lake Worth, Florida 33461
   <div align="right">City/State/Zip</div>

   If different, Owner's/Applicant's mailing address: _____

   <div align="right">City/State/Zip</div>

   (c) Owner's/Applicant's telephone number: ( 561 ) 582-3673

   Check the appropriate box to indicate the Owner/Applicant is a(n):
   ☐ Individual  ☑ Corporation  ☐ Joint Venture  ☐ Limited Liability Company
   ☐ General Partnership  ☐ Limited Partnership  ☐ Union  ☐ Other: _____

   If the Owner/Applicant is a business entity, the business entity must have an active filing or registration on file with the Florida Department of State. If the Owner/Applicant is _not_ an individual, enter the business entity's Florida registration/document number in #1, the state or country under the laws of which the business entity is currently formed, organized or incorporated under in #2, and the entity's federal employer identification number (EIN) in #3.

   (1) Florida registration/document number: P04000065892

   (2) Domicile State or Country: Florida

   (3) Federal Employer Identification Number: 201407345

2. (a) <u>SERVICE MARK:</u> If the owner/applicant is using the name, logo, design and/or slogan being registered in connection with a type of service, the mark is a service mark. If the mark is a service mark, the applicant/owner must list the specific service(s) the mark is being used in connection with. For example: furniture moving services, diaper services, house painting services, wholesale and retail sales of tractor equipment, etc. <u>If the owner/applicant is using the mark to identify services available in the market place, enter the specific service(s) being rendered here:</u>

   (Note:  List only those services currently being rendered by the owner/applicant.  Do not include future services.)

   automobile sales

<div align="center">Page 1 of 4</div>

**2. (b) TRADEMARK:** If the owner/applicant is using the name, logo, design and/or slogan being registered in connection with an actual product manufactured by the owner/applicant or on the owner/applicant's behalf, the mark is a trademark.  If the mark is a trademark, the applicant/owner must list the specific product(s) the name, logo, design and/or slogan is being used to identify.  For example: ladies sportswear, cat food, barbecue grills, shoe laces, etc.  If the owner/applicant is using the name, logo, design and/or slogan to identify goods available in the market place, enter the specific product(s) the name, logo, design and/or slogan is being used to identify:

(Note:  List only those product(s) currently available.  Do not include future products.)

_____

_____

_____

**2. (c) HOW IS THE NAME, LOGO, DESIGN AND/OR SLOGAN CURRENTLY USED:**

**SERVICE MARKS:** If the name, logo, design and/or slogan are/is being used in connection with a type of service, you must specify the form(s)/mean(s) of advertisement the applicant/owner is using to advertise the services to the general public.  For example:  newspaper advertisements, business cards, brochures, flyers, pamphlets, menus, etc.  If the mark is being used in connection with a type of service, state how the name, logo, design and/or slogan are/is being used in advertising here:

**newspaper advertisements, business cards, flyers, billboard(s), website, signage** _____

_____

_____

**TRADEMARKS:** If the name, logo, design and/or slogan are/is being used to identify a product manufactured by or fore the applicant/owner, you must specify how the mark is applied or affixed to the actual product or its packaging.  For example:  a tag, label, imprinted or engraved on the actual product, etc.  If the mark is being used in connection with a specific product, state how the name, logo, design and/or slogan is applied or affixed to the actual product(s) or the packaging:

_____

_____

_____

**2. (d) FEE(S) AND CLASS(ES):** There are a total of 45 classes or categories in which all products or services must be categorized.  The fee to register a mark is $87.50 per class.  Make check payable to Florida Department of State.

List the class(es) which apply to the product(s) and/or service(s) listed in 2(a) and/or 2(b) above:

35 _____

_____

Page 2 of 4

**PART II**

1. You must state the date the name, logo, design and/or slogan was first used in the state of Florida, and, if it was used in another state or country, the date you first used the name, logo, design and/or slogan in the other state or country. Enter the month, day, and year the name, logo, design and/or slogan was first used by the applicant/owner, the predecessor, or a related company in Florida. If the name, logo, design and/or slogan has been used in another state or country, then you must also enter the month, day, and year the name, logo, design and/or slogan was/were used in another state or country, when applicable.

**Note: The Florida Statutes require a mark to be in use prior to registration.**

(a) Date first used in other state or country, if applicable: _____

(b) Date first used in Florida: 01/1999 _____

**PART III**

**ENTER NAME, LOGO, DESIGN AND/OR SLOGAN BEING REGISTERED:**

1. Enter the name, a brief description of the logo or design, and/or the slogan you are registering. The description of the logo and/or design must be 25 words or less. List the exact name, slogan, and/or description of the logo/design here: (NOTE: The name, logo, design and/or slogan listed in this section must match the exact name, logo, design and/or slogan listed on your specimens or examples.)

"DON'T PAY MORE" all capitals; DON'T in red box, above PAY in black box, above MORE

in red box; the lettering all white.

Provide the English translation of any and all terms listed #1 above, when applicable:_____

2. DISCLAIMER STATEMENT (if applicable):
Your mark may include a word or design that is commonly used by others. Commonly used terms or designs must be disclaimed. When you disclaim a specific term or design, you are acknowledging this term is commonly used by others and that you do not claim the exclusive right to use the disclaimed term or design. All geographical terms and representations of cities, states or countries must be disclaimed (i.e., Miami, Orlando, Florida, the design of the state of Florida, the design of the United States of America, etc.). Corporate suffixes and terms readily associated with the specific product(s) and/or(s) service being provided must also be disclaimed.

Enter all terms listed in #1 above which require a disclaimer in the space provided below:

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE TERM(S)" Don't, Pay, or More
_____ " APART FROM THE MARK AS SHOWN.

**3.  ATTACH OR INCLUDE THREE SPECIMENS OR EXAMPLES OF THE TRADEMARK OR SERVICE MARK BEING REGISTERED**

Chapter 495, F.S., requires you to submit three specimens (samples or examples) of the mark in use. You must submit three specimens FOR EACH CLASS listed in Part I #2(d). The name, logo, design and/or slogan on the specimens must be identical to the name, logo, design and/or slogan being registered. You may provide three identical specimens or three different specimens. For each service mark class (classes 35-45), you may provide three newspaper advertisements, business cards, brochures, flyers, or any combination thereof. For each trademark class (classes 1-34), you may provide three tags, labels, boxes, etc. or any combination thereof. Photographs of bulky specimens are acceptable if the mark being registered and the good(s) or product(s) are clearly legible.

**SIGNATURE OF APPLICANT/OWNER AND NOTARIZATION:**

I, _Robin Sommers for Off Lease Only, Inc._, being sworn, depose and say that I am the owner and the applicant herein, or that I am authorized to sign on behalf of the owner and applicant herein, and to the best of my knowledge no other person except a related company has registered this mark in this state or has the right to use such mark in Florida either in the identical form thereof or in such near resemblance as to be likely, when applied to the goods or services of such other person to cause confusion, to cause mistake or to deceive. I make this affidavit and verification on my/the applicant's behalf. I further acknowledge that I have read the application and know the contents thereof and that the facts stated herein are true and correct.

Robin Sommers for Off Lease Only, Inc.
Typed or printed name of applicant

_Attorney for Off Lease Only, Inc._
Applicant's signature
(List name and title)

STATE OF _Florida_

COUNTY OF _Broward_

On this _27th_ day of _February_, _08_, _Robin Sommers_ personally appeared before me,

☑ who is personally known to me   ☐ whose identity I proved on the basis of _____

(Seal)

JAMIE SASSON
MY COMMISSION DD353823
#DD353823
NOTARY PUBLIC, STATE OF FLORIDA

_____
Notary Public Signature

_Jamie Sasson_
Notary's Printed Name

My Commission Expires: _9/9/08_

**FILING FEE: $87.50 per class**

**Page 4 of 4**





FORDS • LINCOLNS • MERCURYS • JAGUARS • MAZDA

**Eileen & Mark Fischer**

3531 Lake Worth Road • Lake Worth, Florida 33461
**(561) 582-FORD (3673) • Fax: (561) 582-2899**



One Million Vehicles at AutoMart.com

$21,999

2006 Ford Mustang GT Coupe 2D
Automatic, A/C, Alloy Wheels, Cruise Control, Leather, MP3 (Multi CD), PDL, Power
Steering, PW, AM/FM Stereo, Power Seat, Rear Spoiler, Tilt Wheel, 7 k miles, Loaded!

*Cover Photo Vehicle Proudly Offered By:*

DON'T
PAY
MORE

**OffleaseOnly**
WWW.OFFLEASEONLY.COM
**1-888-294-8218**

*The Exclusive Auto Dealer Magazine*

July 26, 2007                                                                                        Issue 29


# TI400000 1233

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

W14—65781

(Business Entity Name)

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



600265703606

TI14—1233

600265703606
10/28/14--01020--001  **87.50

Same owner
as 3629566
USPTO reg.



NOV 13 2014

N. CAUSSEAUX

# COVER LETTER

TO:   Registration Section
      Division of Corporations

SUBJECT: **Don't Pay More**

<div align="center">(Mark to be registered)</div>

The enclosed Trademark/Service Mark Application, specimens and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

## Ejola Cook
<div align="center">(Name of Person)</div>

## The Ticktin Law Group, P.A.
<div align="center">(Firm/Company)</div>

## 600 West Hillsboro Blvd, Suite 220
<div align="center">(Address)</div>

## Deerfield Beach, Fl 33071
<div align="center">(City/State and Zip Code)</div>

For further information concerning this matter, please call:

## Ejola Cook               at ( **954** ) **570-6757**
(Name of Person)              (Area Code & Daytime Telephone Number)

**MAILING ADDRESS:**              **STREET/COURIER ADDRESS:**
Registration Section              Registration Section
Division of Corporations          Division of Corporations
P.O. Box 6327                     Clifton Building
Tallahassee, FL 32314             2661 Executive Center Circle
                                  Tallahassee, FL 32301

(<u>NOTE</u>: The information contained in this cover letter will be included in the permanent record and will be available to the general public.)



**FLORIDA DEPARTMENT OF STATE**
Division of Corporations

October 29, 2014


EJOLA COOK, ESQUIRE
THE TICKTIN LAW GROUP, P.A.
600 WEST HILLSBORO BLVD., SUITE 220
DEERFIELD BEACH, FL 33071

SUBJECT: DON'T PAY MORE & DESIGN OF THE WORDS IN ALL CAPITALS, A BOX WITH THREE LINES, TOP ROW "DON'T" MIDDLE ROW "PAY" AND BOTTOM ROW "MORE"
Ref. Number: W14000065781



We have received your document for DON'T PAY MORE & DESIGN OF THE WORDS IN ALL CAPITALS, A BOX WITH THREE LINES, TOP ROW "DON'T" MIDDLE ROW "PAY" AND BOTTOM ROW "MORE" and your check(s) totaling $87.50. However, the document has not been filed and is being retained in this office for the following:


Although we received your application and check(s), no specimens were included. Section 495.031(5), F.S., requires every trademark and/or service mark application to be accompanied by three specimens (or examples). Please submit three specimens for each class of registration. (NOTE: Letterhead, stationery, envelopes, invoices and mailing labels are not accepted.)

We need three permanent specimens, which may be the same or different. TYPED or HANDWRITTEN MATERIALS ARE NOT ACCEPTABLE. We do not accept specimens which have been ALTERED or DEFACED. ANY SIZE SPECIMENS ARE ACCEPTABLE. If your mark falls under the classification of a trademark (classes 1-34), we need the labels, tags, decals, containers, boxes, wrappers or 3 LEGIBLE photographs of the goods or products with the specimen affixed. IF YOUR MARK FALLS UNDER THE CLASSIFICATION OF A SERVICE MARK (CLASSES 35-45), WE NEED SPECIMENS FROM WHICH WE CAN DETERMINE THE SERVICE(S) BEING RENDERED. We will accept magazine and-or newspaper advertisements, brochures or business cards. If business cards are submitted, we must be able to determine the services being rendered. If your mark falls under the classification of both a trade and service mark, we need specimens for both. WE WILL NOT ACCEPT LETTERHEAD STATIONERY, ENVELOPES OR INVOICES AS SPECIMENS.

Please attach your specimens to a copy of this letter or to your corrected application, if it was returned to you for correction(s), and return it/them to this office for processing.

Pursuant to s. 495.035(5), F.S., this application will be considered abandoned if the applicant fails to reply or resubmit the corrected/amended application within three months from date of this letter.

If you have any questions concerning the filing of your document, please call (850) 245-6051.

Nanette Causseaux
Regulatory Specialist II Supervisor          Letter Number: 214A00023184

# THE TICKTIN LAW GROUP
"The lawyers you want between you and your problems"

EJOLA COOK
(954)570-6757
ecook@LegalBrains.com

***Sent by overnight Fed Ex***

November 4, 2014

Nanette Taussaux
The Florida Division of Corporations
Trademark Office
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

**Re: *W14000065781***
***Pending Trademark Don't Pay More***
**Our File No.: 09-2534**

Dear Ms. Taussaux:

Please find enclosed samples of the Proposed Mark used in Commerce. Please let me know if you require anything further.

I trust that this is to your satisfaction.

Yours very truly,

Ejola Cook

ECC;ms
Enc. Samples of Don't Pay More
cc: All Attorney and/or Parties on case

600 W. Hillsboro Boulevard, Suite 220, Deerfield Beach, FL 33441 • 954.570.6757 • www.LegalBrains.com

DEERFIELD BEACH • FORT MYERS • JACKSONVILLE • MELBOURNE • MIAMI • ORLANDO • SARASOTA-STUART • ST. PETERSBURG • TALLAHASSEE • TAMPA • WEST PALM BEACH

## APPLICATION FOR THE REGISTRATION OF A TRADEMARK OR SERVICE MARK
### PURSUANT TO CHAPTER 495, FLORIDA STATUTES

TO:      Division of Corporations
         Post Office Box 6327
         Tallahassee, FL 32314

### PART I

1. OWNER/APPLICANT:  Enter the name and address of the individual or the business entity to be listed as the owner of the Trademark and/or Service Mark on the records of the Florida Department of State.

   (a) Owner's/Applicant's name: **Off Lease Only, Inc.**

   (b) Owner's/Applicant's business address: **3531 Lake Worth Road**

                           **Lake Worth, Fl, 33462**
                                                        City/State/Zip

If different, Owner's/Applicant's mailing address: _____

                                                            City/State/Zip

   (c) Owner's/Applicant's telephone number: ( **561** ) **222-2277**

Check the appropriate box to indicate the Owner/Applicant is a(n):

   ☐ Individual     ☑ Corporation     ☐ Joint Venture     ☐ Limited Liability Company

   ☐ General Partnership ☐ Limited Partnership     ☐ Union     ☐ Other:___

If the Owner/Applicant is a business entity, the business entity must have an active filing or registration on file with the Florida Department of State.  If the Owner/Applicant is not an individual, enter the business entity's Florida registration/document number in #1, the state or country under the laws of which the business entity is currently formed, organized or incorporated under in #2, and the entity's federal employer identification number (EIN) in #3.

   (1) Florida registration/document number:  **P04000065892**_____

   (2) Domicile State or Country:  **Florida**_____

   (3) Federal Employer Identification Number: **201407345**_____

2. (a) SERVICE MARK:  If the owner/applicant is using the name, logo, design and/or slogan being registered in connection with a type of service, the mark is a service mark.  If the mark is a service mark, the applicant/owner must list the specific service(s) the mark is being used in connection with.  For example:  furniture moving services, diaper services, house painting services, wholesale and retail sales of tractor equipment, etc.  If the owner/applicant is using the mark to identify services available in the market place, enter the specific service(s) being rendered here:

(Note:  List only those services currently being rendered by the owner/applicant.  Do not include future services.)

**automobile sales**_____

_____

_____

**2. (b) TRADEMARK:** If the owner/applicant is using the name, logo, design and/or slogan being registered in connection with an actual product manufactured by the owner/applicant or on the owner/applicant's behalf, the mark is a trademark.  If the mark is a trademark, the applicant/owner must list the specific product(s) the name, logo, design and/or slogan is being used to identify.  For example:  ladies sportswear, cat food, barbecue grills, shoe laces, etc.  If the owner/applicant is using the name, logo, design and/or slogan to identify goods available in the market place, enter the specific product(s) the name, logo, design and/or slogan is being used to identify:

(Note:  List only those product(s) currently available.  Do not include future products.)

_____

_____

_____

**2. (c) HOW IS THE NAME, LOGO, DESIGN AND/OR SLOGAN CURRENTLY USED:**

**SERVICE MARKS:**  If the name, logo, design and/or slogan are/is being used in connection with a type of service, you must specify the form(s)/mean(s) of advertisement the applicant/owner is using to advertise the services to the general public.  For example:  newspaper advertisements, business cards, brochures, flyers, pamphlets, menus, etc.  If the mark is being used in connection with a type of service, state how the name, logo, design and/or slogan are/is being used in advertising here:

### newspaper and online advertisements, business cards, flyers, billboard(s), web sites, signage

_____

**TRADEMARKS:**  If the name, logo, design and/or slogan are/is being used to identify a product manufactured by or fore the applicant/owner, you must specify how the mark is applied or affixed to the actual product or its packaging.  For example: a tag, label, imprinted or engraved on the actual product, etc.  If the mark is being used in connection with a specific product, state how the name, logo, design and/or slogan is applied or affixed to the actual product(s) or the packaging:

_____

_____

_____

**2. (d) FEE(S) AND CLASS(ES):**  There are a total of 45 classes or categories in which all products or services must be categorized.  The fee to register a mark is $87.50 per class.  Make check payable to Florida Department of State.

List the class(es) which apply to the product(s) and/or service(s) listed in 2(a) and/or 2(b) above:

35
_____

_____

Page 2 of 4

**PART II**

1. You must state the date the name, logo, design and/or slogan was first used in the state of Florida, and, if it was used in another state or country, the date you first used the name, logo, design and/or slogan in the other state or country. <u>Enter the month, day, and year the name, logo, design and/or slogan was first used by the applicant/owner, the predecessor, or a related company in Florida. If the name, logo, design and/or slogan has been used in another state or country, then you must also enter the month, day, and year the name, logo, design and/or slogan was/were used in another state or country, when applicable.</u>

<u>Note: The Florida Statutes require a mark to be in use prior to registration.</u>

(a) Date first used in other state or country, if applicable: _____

(b) Date first used in Florida: <u>01/1999</u>

**PART III**

<u>ENTER NAME, LOGO, DESIGN AND/OR SLOGAN BEING REGISTERED:</u>

1. Enter the name, a brief description of the logo or design, and/or the slogan you are registering.  The description of the logo and/or design must be 25 words or less.  List the exact name, slogan, and/or description of the logo/design here:  (NOTE:  The name, logo, design and/or slogan listed in this section must match the exact name, logo, design and/or slogan listed on your specimens or examples.)

"DON'T PAY MORE" all capitals; the Design is a box with three lines.  Top Row says "DON'T" , Middle Row says "PAY", and Bottom Row says "More"

_____

_____

_____

Provide the English translation of any and all terms listed #1 above, when applicable:_____

_____

_____

2. DISCLAIMER STATEMENT (if applicable):
Your mark may include a word or design that is commonly used by others.  Commonly used terms or designs must be disclaimed.  When you disclaim a specific term or design, you are acknowledging this term is commonly used by others and that you do not claim the exclusive right to use the disclaimed term or design.  All geographical terms and representations of cities, states or countries must be disclaimed (i.e., Miami, Orlando, Florida, the design of the state of Florida, the design of the United States of America, etc.).  Corporate suffixes and terms readily associated with the specific product(s) and/or(s) service being provided must also be disclaimed.

<u>Enter all terms listed in #1 above which require a disclaimer in the space provided below:</u>

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE TERM(S)" Don't, Pay, or More _____

_____ "APART FROM THE MARK AS SHOWN.

Page 3 of 4

3. ATTACH OR INCLUDE THREE SPECIMENS OR EXAMPLES OF THE TRADEMARK OR SERVICE MARK BEING REGISTERED

Chapter 495, F.S., requires you to submit three specimens (samples or examples) of the mark in use. **You must submit three specimens FOR EACH CLASS listed in Part I #2(d). The name, logo, design and/or slogan on the specimens must be identical to the name, logo, design and/or slogan being registered. You may provide three identical specimens or three different specimens.** For each service mark class (classes 35-45), you may provide three newspaper advertisements, business cards, brochures, flyers, or any combination thereof. For each trademark class (classes 1-34), you may provide three tags, labels, boxes, etc. or any combination thereof. Photographs of bulky specimens are acceptable if the mark being registered and the good(s) or product(s) are clearly legible.

## SIGNATURE OF APPLICANT/OWNER AND NOTARIZATION:

I, **Ejola Cook, for Off Lease Only, Inc.** _____, *being sworn, depose and say that I am the owner and the applicant herein, or that I am authorized to sign on behalf of the owner and applicant herein, and to the best of my knowledge no other person except a related company has registered this mark in this state or has the right to use such mark in Florida either in the identical form thereof or in such near resemblance as to be likely, when applied to the goods or services of such other person to cause confusion, to cause mistake or to deceive. I make this affidavit and verification on my/the applicant's behalf. I further acknowledge that I have read the application and know the contents thereof and that the facts stated herein are true and correct.*

**Ejola Cook**
_____
Typed or printed name of applicant

_____
Applicant's signature
(List name and title)

STATE OF **Florida** _____

COUNTY OF **broward** _____

Sworn to and subscribed before me on this **27th** day of **October** **2014** **Ejola Cook**
_____
(Name of Individual Signing)

☒ who is personally known to me ☐ whose identity I proved on the basis of _____

(Seal)

_____
Notary Public Signature

*Elizabeth A Smith*
_____
Notary's Printed Name

My Commission Expires: *April 9 2016* _____

ELIZABETH A. SMITH
MY COMMISSION # EE 112803
EXPIRES: April 9, 2016
Bonded Thru Notary Public Underwriters

**FILING FEE: $87.50 per class**

Page 4 of 4

