**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

OFF LEASE ONLY, INC.,

    Plaintiff,

v.        Case No: 6:18-cv-1555-Orl-37DCI

LAKELAND MOTORS, LLC,
d/b/a LAKELAND CHRYSLER DODGE,
JEEP, RAM

    Defendant.
_____/

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Plaintiff, Off Lease Only, Inc. ("Off Lease Only"), moves to withdraw the law firm of Quarles & Brady, LLP and attorney, Zachary S. Foster, as co-counsel of record, and says:

1. Zachary S. Foster of Quarles & Brady, LLP entered a limited appearance as co-counsel of record for Off Lease Only on October 16, 2018.

2. Thereafter, lead counsel for Off Lease Only, Ejola C. Cook and Christian C. Dorismond, were admitted to practice in the Middle District of Florida, and shall undertake full representation of Off Lease Only as counsel of record.

3. This motion is made upon consent by Off Lease Only.

**RULE 3.01(g) CERTIFICATION**

Pursuant to Rule 3.01(g), Local Rules, counsel for Off Lease Only certifies that, on February 6, 2019, counsel for Off Lease Only contacted counsel for Defendant by email to confer about this motion. Counsel for Defendant consents to the relief requested herein.

**WHEREFORE,** Plaintiff, Off Lease Only, Inc., respectfully requests that this Court enter an order granting Zachary S. Foster and the law firm of Quarles & Brady, LLP leave to withdraw

as co-counsel of record for Off Lease Only.

By: /s/ Ejola Christlieb Cook<br>
Ejola Christlieb Cook<br>
Florida State Bar No. 10327<br>
Christian Claude Dorismond<br>
Florida State Bar No. 125387<br>
Off Lease Only, Inc.<br>
827 S. State Road 7<br>
North Lauderdale, Florida 33068<br>
Phone: 754-300-1500<br>
Fax: (754) 300-1501<br>
ejolac@offleaseonly.com<br>
Christian.dorismond@offleaseonly.com<br>
**Attorneys for Plaintiff**<br>
**OFF LEASE ONLY, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2019, a true copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Amber N. Davis, Esquire
Florida Bar No. 26628
Kevin W. Wimberly
Florida Bar No. 57977
Beusse Wolter Sanks & Maire, PLLC
390 North Orange Avenue, Suite 2500
Orlando, FL 32801
adavis@bwsmiplaw.com
kwimberly@bwsmiplaw.com

By: s/ <i>Ejola Christlieb Cook</i>_____<br>
Ejola Christlieb Cook